UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEXAS IRON WORKERS' PENSION TRUST FUND, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-05-3051 |
| | § | |
| BARBARA LOU TAYLOR, *et al*, | § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to the Memorandum entered in this case, the defendant, Linda Taylor Start, shall take nothing by her suit in intervention.  Based on the evidence, Barbara Lou Taylor, is declared the wife of Carl Anthony Taylor, Sr., at the time of his death for purposes of retirement and death benefits.

This is a Final Judgment.

SIGNED and ENTERED this 19th day of December, 2005.


_____
Kenneth M. Hoyt
United States District Judge